## EX PARTE SMITH IN RE STATE, EX REL WILDER v. SMITH.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

C. B. SMITH, pro se. IVEY F. LEWIS, contra.

MCCLELLAN, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *State ex rel. Wilder v. Smith, Judge,* 12 Ala. App. 636, 68 South. 490.

All the Justices concur.

---

## EX PARTE SOUTHERN RAILWAY CO. v. KENDALL & CO.

(Decided June 20, 1915.)

CERTIORARI to Court of Appeals.

COOPER & COOPER, for petitioner. SPRAGINS & SPEAKE, contra.

ANDERSON, C. J.—Writ denied to review and revise the judgment and decision of the Court of Appeals in the case of the *Southern Ry. Co. v. Kendall & Co.,* 69 South. 328.

All the Justices concur.

---

## EX PARTE STADT v. THE STATE.

(Decided June 30, 1915.)

CERTIORARI to Court of Appeals.

ERLE PETTUS, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

MCCLELLAN, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Stadt v. The State,* 69 South. 254.

All the Justices concur.